**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1618

REE EX DOE,

                Plaintiff - Appellant,

        v.

GERARDO MALDONADO, JR.; DENNIS HENDERSHOTT; TIM BYRNE; UNITED
STATES ATTORNEY; MICHAEL B. MUKASEY, United States Attorney
General Agency,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Sol Blatt, Jr., Senior District
Judge.  (9:05-cv-03310-SB)

Submitted:  March 21, 2008          Decided:  April 24, 2008

Before MICHAEL, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ree Ex Doe, Appellant Pro Se.  Reginald I. Lloyd, United States
Attorney, Terri Hearn Bailey, Assistant United States Attorney,
OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ree Ex Doe appeals the district court's order accepting the recommendation of the magistrate judge and granting Defendants' motions to dismiss his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Doe v. Mukasey</u>, No. 9:05-cv-03310-SB (D.S.C. May 15, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

- 2 -